# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 16, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157052(45)

THE MEISNER LAW GROUP, P.C.,
      Plaintiff-Appellant,

v

WESTON DOWNS CONDOMINIUM
ASSOCIATION,
      Defendant-Appellee.
_____/

SC: 157052
COA: 332815
Oakland CC: 2015-149199-CB

On order of the Chief Justice, the motion of defendant-appellee to extend the time for filing its answer is GRANTED. The answer will be accepted as timely filed if submitted on or before February 27, 2018.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 16, 2018



Clerk